

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

This appeal is currently set for formal submission on briefs on February 8, 2023. Appellant's reply brief is currently due on February 27, 2023. On January 19, 2023, appellant filed a motion requesting that the submission date be extended so that it falls on the same day appellant's reply brief is due. After consideration, we **DENY** appellant's request to reset the submission date in this appeal. However, if appellant timely files a reply brief, we will consider that brief in our review of this appeal.

It is so **ORDERED** February 2, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT